IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISAAC BILAL PEARSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:21-206 |
| v. ) | Judge Nora Barry Fischer |
| ) | Magistrate Judge Keith Pesto |
| SERGEANT WOZNAK, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF COURT

AND NOW, this 20th day of December, 2024, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Keith Pesto on September 10, 2024, (Docket No. 51), recommending that the motion for summary judgment filed by Defendant Sergeant Woznak be granted, and that the case be closed, because Plaintiff did not file a response to the motion for summary judgment and has otherwise not contested the unrefuted evidence presented by Defendant Woznak that Plaintiff failed to exhaust administrative remedies as to his alleged First Amendment retaliation claim, (Docket No. 51), and the Magistrate Judge having ordered that any objections were to be filed within 14 days, such that objections by non-ECF users were due by September 27, 2024, and no objections having been filed as of the date of this Order, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that Defendant Sergeant Woznak's Motion for Summary Judgment (Docket No. 47) is GRANTED as to Plaintiff Isaac Bilal Pearson's § 1983 claim alleging First Amendment retaliation. An appropriate Judgment follows.

*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Al counsel of record

       United States Magistrate Keith Pesto

cc:     Issac B. Pearson ML-2492
        S.C.I. Somerset
        1590 Walters Mill Road
        Somerset, PA 15510-0001
        (via first class mail)